UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 03cr3274 JAH |
|---|---|---|
| Plaintiff, | ) | **ORDER RE DEFENDANT'S SECOND REQUEST FOR TRANSCRIPTS AT GOVERNMENT'S EXPENSE [Doc. No. 77]** |
| v. | ) | |
| BARAC BARAJAS-BANDT, | ) | |
| Defendant. | ) | |

On August 28, 2006, Defendant Barac Barajas-Bandt ("Defendant") filed a document *nunc pro tunc* requesting trial transcripts. Doc. No. 80. Defendant simultaneously filed an *in forma pauperis* application with his request. Id. Defendant previously filed a request for trial transcripts on June 28, 2006, which this Court denied pursuant to 28 U.S.C. § 753. *See* Doc. No. 78.

Under 28 U.S.C. § 753, "fees for transcripts furnished in proceedings brought under section 2255" to persons permitted to proceed *in forma pauperis* shall be paid by the United States if the judge certifies the suit is not frivolous and the transcripts are necessary to decide issues presented. 28 U.S.C. § 753(f).

As in Defendant's previous transcript request, no section 2255 motion is currently pending nor has Defendant set forth any information in his request regarding the issues to be presented in his 2255 motion. This Court, thus, is unable again to determine whether the section 2255 motion is frivolous or whether the transcripts are necessary as required by section 753(f).

Accordingly, **IT IS HEREBY ORDERED**, that if Defendant wishes to proceed with his request for transcripts at the United States' expense, he must file alongwith his transcript request and *in forma pauperis* application, a supplemental document including the issues he wishes to present in a motion brought under 28 U.S.C. § 2255, or file a motion pursuant to 28 U.S.C. § 2255 **no later than September 29, 2006**.

**IT IS SO ORDERED**.

DATED: September 6, 2006

_____
Hon. John A. Houston, U.S. District Judge
United States District Court

cc: All Counsel of Record

Barac Barajas-Bandt
95825 - 011
FMC Butner
Butner, NC 27509